**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6136**

———————

EUGENE SHELTON,

                                        Petitioner - Appellant,

        versus

UNITED STATES PAROLE COMMISSION; JOHN/JANE
DOE; WARDEN DOE, Edgefield Correctional
Institution,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-02-910-0-19BD)

———————

Submitted:  March 20, 2003          Decided:  March 31, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eugene Shelton, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eugene Shelton, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Shelton v. United States Parole Comm'n</u>, No. CA-02-910-0-19BD (D.S.C. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>